DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Ave., PMB 380
San Leandro, CA 94577
(510) 639-2959, Fax: (510) 639-2961

Attorney for Defendants
REVEREND ANTHONY MAJORS
ANNA MAJORS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND ANTHONY MAJORS, ANNA MAJORS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.<br><br>　　　　Defendants.<br>_____/ | Case No. C-05-00061 CRB (ADR)<br><br>STIPULATION AND ORDER DISMISSING THE COMPLAINT WITH PREJUDICE AS AGAINST DEFENDANT FITZGERALD, ABBOTT & BEARDSLEY |

　　Plaintiffs Reverend Anthony Majors and Anna Majors (collectively "Majors"), and Defendants City of Oakland, Oakland Police Department, C. Cedric Claiborne, Laotrice Dotson, Richard Herbert, Simone Parker, Mark Allen, Angie Green, Al Austin, Ruth Barber, Steve Fountain, Katema Rainey-Jackson, Gloria Herbert, James Evans, The Law Firm of Fitzgerald, Abbott & Beardsley, by and through their respective attorneys of record, hereby stipulate and jointly request that the complaint as against Fitzgerald, Abbott & Beardsley be dismissed with prejudice, each party to bear its own costs.

//

//

//

Stipulation to Dismissal, p. 1

| | |
|---|---|
| Dated:  June 17, 2005 | Dated: June 17, 2005 |
| | ERICKSEN, ARBUTHNOT, KILDUFF DAY & LINDSTROM, INC. |
| *DOROTHY D. GUILLORY* | *ANDREW P. SCLAR* |
| _____ | By: _____ |
| DOROTHY D. GUILLORY,  ESQ. | ANDREW P. SCLAR, ESQ. |
| Attorney for Plaintiffs | Attorneys for Fitzgerald, Abbott & |
| Reverend Anthony Majors, Anna Majors | Beardsley |
| | |
| Dated:  June 17, 2005 | Dated: June 17, 2005 |
| SHAPIRO, BUCHMAN, PROVINE & PATTON, LLP | KNOX, RICKSEN, LLP |
| *John H. Patton* | *Thomas E. Fraysse.* |
| By: _____ | By: _____ |
| JOHN H. PATTON, ESQ. | THOMAS E. FRAYSSE, ESQ. |
| Attorneys for Defendants | Co-counsel for Angie Green |
| C. Cedric Claiborne, Laotrice Dotson, Richard Herbert, Simone Parker, Mark Allen,  Al Austin, Ruth Barber, Steve Fountain, Angie Green, Katema Rainey-Jackson, Gloria Herbert, James Evans | |

Dated: June 17, 2005

CITY OF OAKLAND

*Pelayo A. Llamas, Jr.*
By: _____
PELAYO A. LLAMAS, JR.
Attorney for City of Oakland, Oakland Police Department

ORDER OF DISMISSAL

Pursuant to the above Stipulation, it is hereby ordered that the Complaint is dismissed with prejudice as against Fitzgerald, Abbott & Beardsley, each party to bear its own costs.

Dated: June 23, 2005

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT

*[APPROVED stamp - United States District Court, Northern District of California, signed Charles R. Breyer]*

Stipulation to Dismissal,  p. 2