JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
RACHEL WAGNER, Supervising Trial Attorney - State Bar #127246
PELAYO A. LLAMAS, JR., Deputy City Attorney - State Bar #162046
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6621    Fax: (510) 238-6500
X02518/345604

Attorneys for Defendants
CITY OF OAKLAND and
OAKLAND POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND ANTHONY MAJORS, ANNA MAJORS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, C. CEDRIC CLAIBORNE, LAOTRICE DOTSON, RICHARD HERBERT, SIMONE PARKER, MARK ALLEN, ANGIE GREEN, AL AUSTIN, RUTH BARBER, STEVE FOUNTAIN, KATEMA RAINEY-JACKSON, GLORIA HERBERT, JAMES EVANS, THE LAW FIRM OF FITZGERALD, ABBOTT & BEARDSLEY,<br><br>Defendants. | Case No. C-05-00061-CRB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

The parties hereby stipulate to and request an order that the case management conference scheduled to take place before the Honorable Charles R. Breyer in captioned matter be continued from August 19, 2005 at 8:30 a.m. to ~~August 26, 2005~~ / September 2, 2005 at 8:30 a.m.

IT IS SO STIPULATED

DATED: July 29, 2005

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
RACHEL WAGNER, Supervising Trial Attorney
PELAYO A. LLAMAS, JR., Deputy City Attorney

By: _____
Attorneys for Defendants
CITY OF OAKLAND and
OAKLAND POLICE DEPARTMENT

DATED: July 28, 2005

DOROTHY D. GUILLORY
LAW OFFICE OF DOROTHY D. GUILLORY

By: _____
Attorneys for Plaintiffs
REVEREND ANTHONY MAJORS and ANNA MAJORS

ORDER

**IT IS SO ORDERED**

Dated: ___August 2___, 2005

_____
HONORABLE CHARLES R. BREYER
United States District [Judge]

*APPROVED — Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*