IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND ANTHONY MAJORS and ANNA MAJORS,<br><br>            Plaintiffs,<br><br>   v.<br><br>CITY OF OAKLAND, et al.,<br><br>            Defendants | No. C-05-0061 CRB (MEJ)<br><br>**ORDER RE: SUPERVISED EXCHANGE** |

On July 6, 2005, the Court held a settlement conference. At the settlement conference, defendants[1] and plaintiffs reached an agreement. Thereafter, the agreement was put on the record.

The Court received Defendants' counsel's letter dated August 12, 2005, requesting a "supervised exchange" of items related to the settlement agreement. The Court scheduled a supervised exchanged for Tuesday, August 23, 2005. On August 16, 2005, Defendants' counsel, again, wrote the Court stating that plaintiffs have not fully complied with the terms of the settlement agreement. On August 16, 2005, Plaintiffs' counsel responded to counsel for Defendants' letter, stating that although Plaintiffs have complied with the settlement agreement, Defendants have not done the same.

After reading all the letters submitted to the Court since the settlement conference, the Court hereby ORDERS Defendants to bring a check made out to Rev. Majors and Anna Majors in the amount agreed

---

[1] Mr. Bruce McIntosh represents all named defendants and counter-claimants except City of Oakland and Oakland Police Department. Hereinafter, Defendants refers to parties represented by Mr. McIntosh.

upon at the settlement conference, to the August 23, 2005 supervised exchange.

Parties shall appear for a supervised exchange on August 23, 2005 at 10:00 a.m. in **Judge James' <u>chambers</u>,** located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. On the date of the supervised exchange, counsel and parties shall use the court telephone next to the door to chambers to notify the Court of their arrival.

**IT IS SO ORDERED.**

Dated: August 22, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2