UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REVERAND ANTHONY MAJORS, ANNA MAJORS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et. al.,<br><br>Defendants. | No. 05-CV-00061-CRB<br><br>~~[PROPOSED]~~<br><br>**ORDER** |
|---|---|
| GLORIA HERBERT, LOUATRICE DOTSON, SIMONE PARKER, MARK ALLEN, ANGIE GREEN, AL AUSTIN, RUTH BARBER, and, KATEMA RAINEY-JACKSON, Individually, and Together As Representatives of The True Canaan Christian Covenant Missionary Baptist Church-In-Exile,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>CANAAN CHRISTIAN COVENANT MISSIONARY BAPTIST CHURCH, a California religious non-profit corporation, and MOES 1 through 20.<br><br>Third-party Defendants. | |

SHAPIRO BUCHMAN PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

188269.1
20197-001

-1-

ORDER
(No. 05-CV-00061-CRB)

**THE COURT ORDERS AND ADJUDGES AS FOLLOWS:**

1. All actions taken after August 17, 2003 until the date of this order by anyone other that the true trustees and officers as set forth in this Order purporting to act on behalf of CANAAN CHRISTIAN COVENANT MISSIONARY BAPTIST CHURCH, a California religious non-profit corporation ("Canaan"), including but not limited to revisions to the bylaws or articles of incorporation and appointments or elections of trustees, officers, directors or deacons, are void or voidable.

2. All appointments of any persons to any position of leadership within Canaan taken after August 2003 until the date of this order by any method not authorized by Canaan's Bylaws, as they existed prior to August 17, 2003, are void or voidable.

3. The officers, directors, trustees and deacons of Canaan prior to August 17, 2003, are the true and current officers directors, trustees and deacons, and that any putative officers, directors, trustees or deacons have no authority or control over Canaan or its assets. Specifically, the court finds that the trustees of Canaan are now and have been since August 17, 2003, the following: Richard Herbert, Ronald Herbert, Lonnie Barnett, Marshall Harris, and Alden Parker.

4. The court also finds that the officers of Canaan are as follows: C. Cedric Claiborne, chief executive officer; Gloria Herbert, secretary; and Steve Fountain, chief financial officer.

5. All assets of Canaan are subject to the control and direction of the trustees and officers named above and a writ of possession in favor of said individuals, as the true trustees and officers of Canaan, shall issue immediately upon application for same.

Dated: October 24, 2005



CHARLES R. BREYER
Judge Charles R. Breyer

SHAPIRO BUCHMAN PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

188269.1
20197-001

ORDER
No. 05-CV-00061-CRB