IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REVEREND ANTHONY MAJORS, et al.,

   Plaintiff(s),

 vs.

CITY OF OAKLAND,

   Defendant(s).

            No. C 05-0061 CRB (MEJ)

**NOTICE OF REFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

  The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Defendant's Motion to Enforce Settlement Agreement and request for Order to Show Cause. Accordingly, the Court shall conduct a hearing on May 4, 2006, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Plaintiff shall file any opposition to Defendant's motion by April 13, 2006, and Defendant shall file any reply by April 20th.

  When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be

submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically. **Any proposed orders must also be emailed in Word or Wordperfect format to: mejpo@cand.uscourts.gov**

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: April 3, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

2