IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND ANTHONY MAJORS, et al., | No. C 05-00061 CRB |
| Plaintiffs, | **ORDER OF CONFINEMENT FOR CIVIL CONTEMPT** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

On August 16, 2006, the Court ordered plaintiff Reverend Majors to pay certain monies on or before September 1, 2006 as compensatory damages for his civil contempt. As of that date he did not pay any monies and, indeed, he took the position that he did not have to pay such monies. At a show cause hearing on September 22, 2006, Reverend Majors agreed that he owed certain funds, and he made a partial payment to the Clerk of the Court in the amount of $8,500.00. The Court thereafter ordered Reverend Majors to pay $34,700.00 on or before November 30, 2006. At a hearing on December 1, 2006, Reverend Majors paid $5,000.00. He offered no evidence, however, as to why he has not paid the additional $29,700.00 the Court ordered him to pay in September 2006.

As Reverend Majors is in contempt of this Court's Order of September 22, 2006, and as he has not offered a scintilla of evidence that suggests that it is impossible for him to comply with that Order, the Court finds that in order to coerce Reverend Majors to comply

with the Court's Order, the Court must order Reverend Majors' incarceration.

Accordingly, Reverend Majors is ordered to surrender to the United States Marshal for the Northern District of California, 20th Floor, 450 Golden Gate Avenue, San Francisco, **by noon on December 8, 2006.** Reverend Majors shall remain incarcerated until he complies with the Court's order that he pay $29,700.00 to the Clerk of the Court. If Reverend Majors pays the entire sum of $29,700.00 to the Clerk prior to noon on December 8, 2006, he not need surrender to the United States Marshal.

**IT IS SO ORDERED.**

Dated: December 1, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE