1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

REVERAND ANTHONY MAJORS,
ANNA MAJORS,

No. 05-CV-00061-CRB

13

**ORDER TO DISBURSE FUNDS PAID
INTO COURT'S REGISTRY OF FUNDS**

Plaintiffs,

14

vs.

15

CITY OF OAKLAND, et. al.,

Date:  December 1, 2006
Time:  10:00 a.m.

16

Place:  Courtroom 8
Judge:  Hon. Charles R. Breyer

Defendants.

17

18

AND RELATED ACTIONS.

19

20

21      **WHEREAS**, on August 16, 2006, the court ordered Majors to pay $91,693.44 to

22      Canaan Christian Missionary Baptist Church (Church) as compensatory damages for his

23      civil contempt; and

24      **WHEREAS**, Majors has made payments totaling $43,200 to the Clerk of the Court

25      in partial satisfaction of the amounts ordered to paid to the Church;

26      / / /

27      / / /

28      / / /

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

196443.3
20197-001

ORDER
(No. 05-CV-00061-CRB)

-1-

1    **THEREFORE, IT IS ORDERED** that the $43,200.00 paid into the Court's Registry

2    of Funds by plaintiffs be released immediately to counsel for Canaan Christian

3    Missionary Baptist Church by check payable to "SHAPIRO BUCHMAN CLIENT TRUST

4    ACCOUNT" as partial satisfaction of the amounts Majors is ordered to pay to the Church

5    as compensatory damages for his civil contempt.  Said check is to be mailed to counsel

6    at the following address:

                               Shapiro Buchman Provine Patton LLP

7                                   Attn:  Bruce A. McIntosh

8                                   1333 N. California Blvd., Ste. 350

9                                   Walnut Creek, CA  94596

10    Dated:  December 13, 2006

11                              CHARLES R. BREYER



14    Approved as to form.

16    _____

17    Dorothy Guillory, attorney for Plaintiffs

     Date:

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

196443.3
20197-001

-2-

ORDER
(No. 05-CV-00061-CRB)