IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND ANTHONY MAJORS, et al., | No. C 05-00061 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. / | |

The funds paid to the Clerk of the Court by the Reverend Anthony Majors shall be paid to the Court's Registry and then disbursed in accordance with the Court's order of December 14, 2006.

**IT IS SO ORDERED.**

Dated: January 12, 2007



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0061\orderreregistry.wpd