IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND ANTHONY MAJORS, et al., | No. C 05-00061 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants.           / | |

Now pending before the Court is defendants' request for additional attorneys' fees and costs to be included in the judgment arising out of plaintiff Reverend Anthony Majors' contempt. The Court is unable to conclude which, if any, fees were reasonably incurred as defendants have not provided the Court with a sufficient summary. On or before February 23, 2007, defendants shall provide the Court with a "statement of the services rendered by each person for whose services fees are claimed together with a summary of the time spent by each person, and a statement describing the manner in which time records were maintained." Civil Local Rule 54-6(b). A statement that "an associate" spent 29 hours is insufficient; defendants must identify what person, charging what rate, did what work. Plaintiff's response, if any, to defendants' submission shall be filed on or before March 2, 2007. Defendants shall not include their time responding to this Order in their statement of

1 time spent.

2 **IT IS SO ORDERED.**

3

4 Dated: February 14, 2007



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE